# United States District Court

WESTERN DISTRICT OF WASHINGTON

PHILLIP L. DICK                                   JUDGMENT IN A CIVIL CASE

        v.

STEPHEN COCKLIN                                   CASE NUMBER: C07-5370FDB

_____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff cannot challenge the propriety of his current incarceration in a civil rights action.

March 14, 2008                                    BRUCE RIFKIN
                                                  Clerk

                                                  s/ D. Forbes
                                                  By, Deputy Clerk